IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

William Wylie,
    Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 06-1368-MA

ORDER

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,174.40, and costs in the amount of $350.00 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No expenses will be awarded. The check(s) shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310.

DATED this 14 day of November, 2007.

Malcolm Marsh
United States District Judge